UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA -against-

DANIEL MCCORMICK

_____

CASE: S1-25-CR-212 (MMMG)

**IT IS HEREBY ORDERED** that the sentencing hearing of Daniel McCormick be changed from September 26, 2025 to September 29, 2025 at 10:30 A.M..

DATED: _____June 4, 2025_____   New York, New York

_____
Honorable Margaret M. Garnett, United States District Judge